# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Makeda U. Grant,

        Debtor.

Case No. 26-11042-DJB

Chapter 13

### Certificate of Service

I, Michael A. Cibik, certify that on April 6, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: April 6, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service: First Class Mail**

**Cornerstone**
P.O. Box 82561
Lincoln, NE 68501

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Navy Federal Credit Union**
Attn: Bankruptcy
P.O. Box 3000
Merrifield, VA 22119-3000

**New Jersey EZ Pass**
Attn: Bankruptcy
P.O. Box 52001
Newark, NJ 07101

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Selfinc/Lead**
Attn: Bankruptcy
P.O. Box 11
Southlake, TX 76092-9998

**Sunbit Financial**
Attn: Bankruptcy
P.O. Box 24010
Los Angeles, CA 90024

**Method of Service: Certified Mail**

**Regional Acceptance Corporation**
Attn: Bill Jones, CEO
1424 E Fire Tower Rd
Greenville, NC 27858